No. 411. ILLINOIS EX REL. VIEAUX *v.* RAGEN, WARDEN, ET AL. November 15, 1943. Petition for writ of certiorari

to the Supreme Court of Illinois denied. *William Vieaux, pro se.*